UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Oct 14  3 36 PM '03
U.S. COURT
NEW HAVEN, CONN.

| | |
|---|---|
| MAUREEN A. MERKLE | : |
| VS. | : NO. 3:02CV2241(PCD) |
| CONNECTICUT JUDICIAL BRANCH | : OCTOBER 12, 2003 |

### NOTICE OF SERVICE OF PART A OF TRIAL PREPARATION ORDER

A copy of Part A of the Trial Preparation Order was mailed to defense counsel Assistant Attorney General Antoria D. Howard, on October 11, 2003.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Antoria D. Howard, Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

_____
JOHN R. WILLIAMS