UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 28  2 47 PM '03
U.S. DISTRICT COURT
NEW HAVEN CT

| | |
|---|---|
| MAUREEN MERKLE,<br>*Plaintiff* | : CIVIL NO. 3:02CV02241 (PCD) |
| v. | : |
| STATE OF CONNECTICUT<br>JUDICIAL BRANCH<br>*Defendant* | : OCTOBER 27, 2003 |

### DEFENDANT'S NOTICE OF FILING
### SECTION B TRIAL PREPARATION ORDER COMPLIANCE

The defendant, State of Connecticut Judicial Branch, hereby gives notice that it has filed with the plaintiff, Part B of the Trial Memorandum on this the 27th day of October, 2003.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Antoria D. Howard
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
Fed. Bar No. Ct 17494
E-Mail: antoria.howard@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy hereof was mailed this 27th day of October 2003, first class postage prepaid, to the following counsel of record.

John Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Antoria D. Howard
Assistant Attorney General

3