## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

Oct 30   4 09 PH '03

MAUREEN MERKLE,                    :    CIVIL NO. 3:02CV02241 (PCD)
    *Plaintiff*                    :

    v.                             :
                                   :
STATE OF CONECTICUT                :
JUDICIAL BRANCH
    *Defendant*                    :    OCTOBER 29, 2003


## MOTION FOR CONTINUANCE OF JURY SELECTION

The defendant in the above-entitled action hereby request a continuance of the jury

selection presently scheduled for November 4, 2003.  The undersigned represents that she is

presently picking a jury in the New Britain Superior Court in the matter of <u>Kevin Gray v.</u>

<u>Department of Correction</u>, Docket No. CV 02-0512820-S.  The trial in this matter is scheduled to

begin on October 31, 2003 and last through November 4th or 5th , 2003.   Both counsel for the

plaintiff and the undersigned are presently scheduled to begin a trial in the Harford Superior

Court in the matter of <u>Jim Owen v. Department of Correction</u>, Docket No. CV 02-0815066 on

November 5, 2003.  Counsel for the plaintiff has requested a continuance in that case due to his

beginning a trial on November 3, 2003 in the matter of <u>United States v. Geraldo Garcia</u>.

Counsel for the plaintiff and the undersigned are also scheduled to begin trial in the

Hartford Superior Court on December 4, 2003 in the matter of <u>Winifred Becker v. Department of</u>

<u>Correction</u>, CV 02-0820379.

The undersigned just received notice of this jury selection on yesterday and represents

that there is no other Assistant Attorney General in the Employment Rights Unit and no other

Assistant Attorney General who is familiar with this case who is available on November 4, 2003 on such short notice.

On today, the undersigned spoke with attorney John Williams, counsel for the plaintiff, who has no objection to this motion and joins in this motion due to his unavailability.

WHEREFORE, the defendant requests that jury selection be scheduled sometime after January 1, 2004.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Antoria D. Howard
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
Fed. Bar No. Ct17494
E-Mail: Antoria.Howard@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy hereof was mailed this _29$^{7h}$_ day of October 2003, first class postage prepaid, to the following counsel of record.

John Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Antoria D. Howard
Assistant Attorney General

4