# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
OCT 30  4 09 PM '03

| | |
|---|---|
| MAUREEN MERKLE, *Plaintiff* | : CIVIL NO. 3:02CV02241 (PCD) |
| v. | : |
| STATE OF CONECTICUT JUDICIAL BRANCH *Defendant* | : OCTOBER 29, 2003 |

## MOTION FOR CONTINUANCE OF JURY SELECTION

The defendant in the above-entitled action hereby request a continuance of the jury selection presently scheduled for November 4, 2003. The undersigned represents that she is presently picking a jury in the New Britain Superior Court in the matter of Kevin Gray v. Department of Correction, Docket No. CV 02-0512820-S. The trial in this matter is scheduled to begin on October 31, 2003 and last through November 4th or 5th, 2003. Both counsel for the plaintiff and the undersigned are presently scheduled to begin a trial in the Harford Superior Court in the matter of Jim Owen v. Department of Correction, Docket No. CV 02-0815066 on November 5, 2003. Counsel for the plaintiff has requested a continuance in that case due to his beginning a trial on November 3, 2003 in the matter of United States v. Geraldo Garcia.

Counsel for the plaintiff and the undersigned are also scheduled to begin trial in the Hartford Superior Court on December 4, 2003 in the matter of Winifred Becker v. Department of Correction, CV 02-0820379.

The undersigned just received notice of this jury selection on yesterday and represents that there is no other Assistant Attorney General in the Employment Rights Unit and no other

November 3, 2003. Denied.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 30  4 09 PM '03

| | |
|---|---|
| MAUREEN MERKLE,<br>*Plaintiff* | : CIVIL NO. 3:02CV02241 (PCD)<br>: |
| v. | : |
| STATE OF CONECTICUT<br>JUDICIAL BRANCH<br>*Defendant* | :<br>:<br>: OCTOBER 29, 2003 |

## MOTION FOR CONTINUANCE OF JURY SELECTION

The defendant in the above-entitled action hereby request a continuance of the jury selection presently scheduled for November 4, 2003. The undersigned represents that she is presently picking a jury in the New Britain Superior Court in the matter of <u>Kevin Gray v. Department of Correction</u>, Docket No. CV 02-0512820-S. The trial in this matter is scheduled to begin on October 31, 2003 and last through November 4th or 5th, 2003. Both counsel for the plaintiff and the undersigned are presently scheduled to begin a trial in the Harford Superior Court in the matter of <u>Jim Owen v. Department of Correction</u>, Docket No. CV 02-0815066 on November 5, 2003. Counsel for the plaintiff has requested a continuance in that case due to his beginning a trial on November 3, 2003 in the matter of <u>United States v. Geraldo Garcia</u>.

Counsel for the plaintiff and the undersigned are also scheduled to begin trial in the Hartford Superior Court on December 4, 2003 in the matter of <u>Winifred Becker v. Department of Correction,</u> CV 02-0820379.

The undersigned just received notice of this jury selection on yesterday and represents that there is no other Assistant Attorney General in the Employment Rights Unit and no other