FILED

2003 NOV -4 P 2: 48

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAUREEN A. MERKLE           :

VS.                         :         NO. 3:02CV2241(PCD)

CONNECTICUT JUDICIAL BRANCH :         November 3, 2003

# APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff,

MAUREEN A. MERKLE.

*Elizabeth Brooks*
Elizabeth Brooks
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct25225
Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on November 3, 2003, to the following counsel of record:

Attorney Antoria D. Howard,
Assistant Attorney General
P. O. Box 120
Hartford, CT 06141-0120.

_____
Elizabeth Brooks