# DISTRICT OF CONNECTICUT

MAUREEN MERKLE

v

STATE OF CONN.
JUDICIAL DEPT.

**APPEARANCE**

FILED

2003 NOV -4 P 2: 48

U.S. DISTRICT COURT
NEW HAVEN, CONN.

**CASE NUMBER:** 3:02CV02241 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT IN ADDITION TO
ATTORNEY ANTORIA HOWARD

| | |
|---|---|
| **Date** 11/4/03 | **Signature** |
| **Bar Number** ct 21487 | **Print Name** Joseph A. JORDANO |
| | **Firm Name** OFFICE OF ATTY GENERAL |
| | **Address** 55 ELM STREET |
| | **City** HARTFORD  **State** CT  **Zip Code** 06141-0120 |
| | **Phone Number** 860 808-5340 |

I hereby certify that copies have been mailed/handed to counsel of
record as listed below, this date

**Signature**