02241 JTRMIN

HONORABLE

DEPUTY CLERK P. Villano   RPTR/ERO/TAPE Falcone

TOTAL TIME: ___ hours ___ minutes

DATE 11/4/03    START TIME 9:00 a    END TIME 1:25
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Merkle

vs.

CT Judicial Branch

CIVIL NO. 3:02CV2241

Plaintiffs Counsel: Elizabeth Brooks

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: Joseph Jordan

## CIVIL JURY SELECTION/CALENDAR CALL

- ☐ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
- ☒ ☒ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
- ☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
- ☒ Appearance of Joseph Jordan  ☒ filed ☐ docketed
- ☒ " " Elizabeth Brooks  ☒ filed ☐ docketed
- ☐ _____  ☐ filed ☐ docketed
- ☐ _____  ☐ filed ☐ docketed
- ☒ 83 # jurors present
- ☒ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☒ Voir Dire by Court
- ☒ Peremptory challenges exercised (See attached)
- ☒ Jury of 10 drawn (See attached) ☒ and sworn ☐ Jury Trial commences
- ☐ Remaining jurors excused
- ☐ Discovery deadline set for _____
- ☐ Disposition Motions due _____
- ☐ Joint trial memorandum due _____
- ☒ Trial continued until 11/17/03 at 10:00

☒ COPY TO: JURY CLERK

**Judge: PETER C. DORSEY**
Event: 3:00CV1801 (PCD)
Description: KINCADE V SUMMERS, ET AL

Date: 11/4/03
Time: 9:14 AM

3:02cv2241
Merkle v. CT

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100159917 | 01-0029 | **WIPPICK, BYRNE** <br> GUILFORD <br> RETIRED | CP |
| 2 | 100169601 | 01-0056 | **PEDEMONTI, VERONICA M** <br> OLD SAYBROOK <br> RETIRED  11/18/03 - 12/3 - travel | CP |
| 3 | 100138555 | 01-0111 | **VALENTAS, ROSEMARIE** <br> WEST HAVEN <br> COUNTER PERSON | CP |
| 4 | 100136048 | 01-0060 | Pan eo tacks <br> **PANAYOTAKIS, CONSTANTINE** <br> HAMDEN <br> SUPERVISOR | ~~PP~~ PP |
| 5 | 100133621 | 01-0124 | **JOHNS, KATHLEEN C** <br> WESTBROOK <br> SECRETARY - after 12/1 | CP |
| 6 | 100068926 | 01-0147 | **TIFFANY, EDWARD M** <br> NORTH STONINGTON <br> CARPENTER | CP |
| 7 | 100170618 | 01-0051 | **LESCHUK, ANDREA J** <br> EAST HAVEN <br> RETIRED OFFICE MGR | CP |
| 8 | 100175966 | 01-0095 | **CARROLL, NANCY T** <br> GUILFORD | CP |
| 9 | 100158001 | 01-0078 | all Guy er <br> **ALLGEYER II, ROBERT E** 12/1 - 12/18 <br> WOODBRIDGE   AUTOMOTIVE TECH  not avail | [scribbled] |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 10 | 100175017 | 01-0096 | **LEBER, PATRICIA H**<br>MILFORD<br>INSTRUCTIONAL ASSIST | CP |
| 11 | 100144245 | 01-0127 | **LINDSAY, NANCY J**<br>YALESVILLE<br>RETIRED | CP |
| ~~12~~ | 100080510 | 01-0110 | **SYPHER, JOYCE B**<br>COLCHESTER<br>PAYROLL MANGER | PP |
| 13 | 100177498 | 01-0139 | **YOULE, HEATHER L**<br>WATERBURY<br>CASE MANAGER | CP |
| ~~14~~ | 100149155 | 01-0130 | **EDWARDS, DAWN J** after 12/1<br>NEW HAVEN | CP |
| 15 | 100176828 | 01-0088 | Gee o Co<br>**GIOCO, DOROTHY**<br>CHESTER<br>BOOKEEPER/ ACCOUNTIN | CP |
| ~~16~~ | 100170049 | 01-0017 | **NOVICKI, EILEEN D**<br>ORANGE<br>RESEARCH SCIENCTIST | CP |
| 17 | 100174251 | 01-0070 | **ROMANO, MICHAEL P**<br>WALLINGFORD<br>SUPERVISOR | (illegible) |
| ~~18~~ | 100150156 | 01-0125 | **JOHNSON, ERIK L**  11/26-12/1<br>MIDDLETOWN<br>MECHANICAL ENGINEER  vac. | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ~~19~~ | 100073944 | 01-0098 | **GENDRON, LAURIE L** <br> GROTON <br> MAINTENANCE | PD |
| ~~20~~ | 100133555 | 01-0008 | **RODE, JAMES D**  after 12/1 <br> MADISON <br> ADMINISTRATOR | CP |
| ~~21~~ | 100157760 | 01-0049 | **COLLETT, BETTY-LOU**  11/27-12/2 vac. <br> MERIDEN <br> ADMIN ASSISTANT | CP |
| ~~22~~ | 100160935 | 01-0122 | **BENNETT, PAUL A** <br> CROMWELL <br> COMPUTER ADMIN | CP |
| ~~23~~ | 100072141 | 01-0041 | Mack la <br> **MAKELA, THOMAS A** <br> NORTH STONINGTON <br> STUDENT TRANSPORT | CP |
| ~~24~~ | 100075355 | 01-0062 | **NINGAS JR, FELIX S** <br> GROTON <br> TABLE GAMES DEALER | PD |
| ~~25~~ | 100070971 | 01-0034 | **WILLIS, BETSY I** <br> NEW LONDON <br> PHLEBOTOMY | CP |
| ~~26~~ | 100141277 | 01-0085 | **BAKITAS, THOMAS MICHAEL** <br> ORANGE <br> CUSTOMER SERVICE | CP |
| ~~27~~ | 100155449 | 01-0137 | **CLARK, THOMAS** <br> WEST HAVEN <br> CARPET INSTALLER | CP |

Legend: J=Jury    A=Alternate    NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff    PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 28 | 100161275 | 01-0050 | **SABO, PETER J** | | PP |
| | BRANFORD | | RETIRED | | |
| 29 | 100155200 | 01-0057 | **MURPHY, THOMAS W** | | CP |
| | HAMDEN | | SOCIAL SVS ADMIN | | |
| 30 | 100171700 | 01-0140 | **LARSEN, CRAIG R** | | CP |
| | PORTLAND | | ATTORNEY | | |
| 31 | 100165476 | 01-0038 | **MARKEY, MICHELLE A** | | CP |
| | WEST HAVEN | | DEM SALES | | |
| 32 | 100074911 | 01-0036 | **EAST, DOROTHY A** | | [redacted] |
| | QUAKER HILL | | RETIRED | | |
| 33 | 100072424 | 01-0118 | **ROMANINI, HELEN R** | | CP |
| | GROTON | | RETIRED | | |
| 34 | 100148749 | 01-0031 | **KOSKOVICH, JOHN A** | | CP |
| | EAST HADDAM | | SALES MANAGER | | |
| 35 | 100148585 | 01-0113 | **ENGLISH, ANNE-MARIA E.** | | PD |
| | HIGGANUM | | SOCIAL WORKER | | |
| 36 | 100173569 | 01-0026 | **CARAMANELLO, VINCENT** | after 12/1 | CP |
| | MERIDEN | | MANAGER CATV | | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100151092 | 01-0064 | **FAZZINO, SALVATORE S**<br>WALLINGFORD<br>STORE MGR | PP |
| 38 | 100078435 | 01-0146 | **SCHUCH, FRANCINE A**<br>WATERFORD<br>SECRETARY | J14 |
| 39 | 100154728 | 01-0045 | **TRAPANI, JOSEPH A**<br>MILFORD<br>RETAIL | J5 |
| 40 | 100146220 | 01-0133 | **BAGADINSKI JR, STEPHEN J**<br>PORTLAND | J6 |
| 41 | 100074595 | 01-0121 | **CALLAHAN, EVELYN G** 11/21 +25<br>STONINGTON<br>INSURANCE AGENT | CP |
| 42 | 100157477 | 01-0047 | **KAVANAUGH, JOHN**<br>EAST HAMPTON<br>FINANCIAL CONSULTANT | J7 |
| ~~43~~ | 100171835 | 01-0138 | **LUEDEE, GREGORY P**<br>WALLINGFORD<br>MERCHANDSING ACCT | PD |
| ~~44~~ | 100141120 | 01-0027 | **WALDRON, AMY L**<br>SEYMOUR<br>SUPERVISOR | CP |
| 45 | 100067813 | 01-0053 | **CRANDALL, BYRON D**<br>NEW LONDON<br>BAR PORTER | J8 |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **PETER C. DORSEY**  
Event: **3:00CV1801 (PCD)**  
Description: **KINCADE V SUMMERS, ET AL**

Date: **11/4/03**  
Time: **9:14 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 46 | 100142081 | 01-0006 | **GAROFALO, FRANK J**  DERBY  TOOLING CORDINATOR | J9 |
| 47 | 100075556 | 01-0076 | **HIGGINS, TODD M**  COLCHESTER  MERCHANDISER | J10 |
| 48 | 100075657 | 01-0087 | **TAYLOR, WM JON H**  NEW HAVEN  STUDENT | CP |
| 49 | 100176774 | 01-0083 | **HUMANN, RONALD F**  NAUGATUCK  TECHNICHAL INSTRUCTO | |
| 50 | 100176777 | 01-0063 | **ANNICELLI, DOLORES A** after 12/1  EAST HAVEN  ADMIN. ASST. | CP |
| 51 | 100075340 | 01-0048 | **SMITH, PAUL B**  NIANTIC  RETIRED | |
| 52 | 100132095 | 01-0120 | **SOLNIK, GARY J**  WALLINGFORD  SALES | |
| 53 | 100170046 | 01-0077 | **PE, EDWIN S**  NORTH BRANFORD  ENGINEER | |
| 54 | 100178303 | 01-0100 | **CAMIRE, WILLIAM H**  WALLINGFORD  TOOLMAKER | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.