UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 7  2 12 PM '03
NEW HAVEN, CONN.

| | |
|---|---|
| MAUREEN MERKLE,<br>*Plaintiff* | : CIVIL NO. 3:02CV02241 (PCD)<br>: |
| v. | : |
| STATE OF CONNECTICUT<br>JUDICIAL BRANCH<br>*Defendant* | :<br>:<br>: NOVEMBER 6, 2003 |

### DEFENDANT'S NOTICE OF FILING AMENDED
### PART B TRIAL MEMORANDUM

The defendant, State of Connecticut Judicial Branch, hereby gives notice that it has amended, absent objection its Part B Trial Memorandum to add the following witness:

**Daniel Tambora**, One Court House Square, Norwich Connecticut. Mr. Tambora will testify regarding the Sheriff's system prior to defendant's assumption of control over the Judicial Marshals in December 2000. He will also testify regarding the defendant's process of hiring for the supervisory Judicial Marshal positions.

This amended Part B of the Trial Memorandum was filed with the plaintiff, on this the 6th day of November, 2003.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Antoria D. Howard
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
Fed. Bar No. Ct 17494

## **CERTIFICATION**

I hereby certify that a copy hereof was mailed this _6th_ day of November 2003, first class postage prepaid, to the following counsel of record.

Elizabeth Brooks, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Antoria D. Howard
Assistant Attorney General