UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 12  2 :o PM '03

| | | |
|---|---|---|
| MAUREEN MERKLE,<br>*Plaintiff* | : | CIVIL NO. 3:02CV02241 (PCD) |
| v. | : | |
| STATE OF CONNECTICUT<br>JUDICIAL BRANCH<br>*Defendant* | : | NOVEMBER 10, 2003 |

### SECTION C TRIAL PREPARATION ORDER COMPLIANCE

**Trial Counsel:**

| **Plaintiff** | **Defendants** |
|---|---|
| Elizabeth Brooks, Esq.<br>Williams & Pattis, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT 06510<br>Tel: 203-562-9931<br>Fax: 203-776-9494 | Antoria D. Howard<br>Joseph Jordano<br>Assistant Attorneys General<br>55 Elm Street, P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: 860-808-5340<br>Fax: 860-808-5383 |

**Jury Case:**   Plaintiff has requested a jury trial.

**Estimated Time Required for Presentation:**

The plaintiff will require _____ days to present his case. The defendant anticipates that it will take approximately 2 days to present its case.