

FILED
Nov 14   10 49 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

MAUREEN A. MERKLE         :

VS.                       :    NO. 3:02CV2241(PCD)

CONNECTICUT JUDICIAL BRANCH  :    NOVEMBER 14, 2003

### MOTION FOR PERMISSION TO FILE OUT OF TIME PLAINTIFF'S SECTION C PREPARATION ORDER COMPLIANCE

The plaintiff requests permission to file out of time her Part C trial preparation compliance. In support here of, the undersigned represents as follows:

1. I am this day filing an appearance in the captioned-case, and expect to try it on behalf of the plaintiff.

2. Trial of the case had previously been assigned to an associate of the undersigned's firm. However, the associate is uncomfortable with the prospect of cross-examining sitting judges of the Superior Court of the State of Connecticut, as will be necessary in this case.

3. I assumed trial responsibility for this case on November 12, 2003.

4. I did not file a timely Part C compliance, said compliance due by order of the Court on November 12, 2003.

5. Counsel for the defendant in this case takes no position on the filing of this motion.

6. The failure to file the Part C memo on time was inadvertent as the undersigned assumed that a joint filing had been made, when, in fact, no such filing was made.

THE PLAINTIFF

By _____
NORMAN A. PATTIS
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
203.776.9494 (fax)

### CERTIFICATION

The foregoing was sent via facsimile this 14th day of November 2003

_____
NORMAN A. PATTIS