FILED

Nov 14   10 49 AM '03

UNITED STATES DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN A. MERKLE | : | |
| VS. | : | NO. 3:02CV2241(PCD) |
| CONNECTICUT JUDICIAL BRANCH | : | NOVEMBER 14, 2003 |

### APPEARANCE

I am appearing on behalf of the plaintiff.

THE PLAINTIFF

By_____
NORMAN A. PATTIS
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
203.776.9494 (fax)

### CERTIFICATION

The foregoing was sent via facsimile this 14th day of November, 2003.

_____
NORMAN A. PATTIS

FILED

Nov 14  10 49 AM '03

UNITED STATES DISTRICT COURT
NEW HAVEN, CONN.
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN A. MERKLE | : |
| VS. | : NO. 3:02CV2241(PCD) |
| CONNECTICUT JUDICIAL BRANCH | : NOVEMBER 14, 2003 |

## APPEARANCE

I am appearing on behalf of the plaintiff.

THE PLAINTIFF

By _____
NORMAN A. PATTIS
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
203.776.9494 (fax)

## CERTIFICATION

The foregoing was sent via facsimile this 14th day of November 2003.

_____
NORMAN A. PATTIS