

FILED
NOV 14 10 49 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAUREEN A. MERKLE          :

VS.                        :         NO. 3:02CV2241(PCD)

CONNECTICUT JUDICIAL BRANCH   :      NOVEMBER 14, 2003

### MOTION FOR PERMISSION TO FILE OUT OF TIME PLAINTIFF'S SECTION C PREPARATION ORDER COMPLIANCE

The plaintiff requests permission to file out of time her Part C trial preparation compliance. In support here of, the undersigned represents as follows:

1. I am this day filing an appearance in the captioned-case, and expect to try it on behalf of the plaintiff.

2. Trial of the case had previously been assigned to an associate of the undersigned's firm. However, the associate is uncomfortable with the prospect of cross-examining sitting judges of the Superior Court of the State of Connecticut, as will be necessary in this case.

3. I assumed trial responsibility for this case on November 12, 2003.

4. I did not file a timely Part C compliance, said compliance due by order of the Court on November 12, 2003.