FILED

2003 NOV 14 P 2: 38

U. DISTRICT C...
NEW HAVEN, CO...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAUREEN A. MERKLE       :

VS.                     :   NO. 3:02CV2241(PCD)

CONNECTICUT JUDICIAL BRANCH  :   NOVEMBER 14, 2003

### PLAINTIFF'S CONSENT MOTION TO WITHDRAW

The plaintiff herewith respectfully requests permission to withdraw this action with prejudice and without fees and costs assigned to either party. In support thereof, the undersigned represents as follows:

1. I represent the plaintiff in this action.

2. At approximately 1:50 p.m. today, I obtained my client's consent to withdraw the action in exchange for confidential consideration.

3. Opposing counsel consents to the filing of this motion.

BY: _____
NORMAN A. PATTIS (ct13120)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494

*[Handwritten margin note:] November 14, 2003. Although there is no "Motion to Withdraw" in Federal Court procedure, this will be treated as a Rule 41 stipulation and the case will be dismissed according to the parties' agreement. [Second handwritten note:] Right to reopen to enforce settlement agreement.*

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Antoria D. Howard, Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

_____
NORMAN A. PATTIS