FILED

Jan 13  12 34 PM '04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN MERKLE,<br>   Plaintiff | :<br>: CIVIL NO. 3:02CV02241(PCD)<br>: |
| VS. | :<br>: |
| STATE OF CONNECTICUT<br>JUDICIAL BRANCH,<br>   Defendant | :<br>: JANUARY 12, 2004 |

### PLAINTIFF'S MOTION FOR RETURN OF BOND

The plaintiff in this case, Maureen Merkle, respectfully requests that this court enter an order returning the $500.00 bond she posted as security for costs in this action. The case has been settled and withdrawn.

                        THE PLAINTIFF
                        MAUREEN MERKLE

BY  _____
                        NORMAN A. PATTIS
                        51 Elm Street, Suite 409
                        New Haven, CT 06510
                        Telephone: (203) 562-9931
                        Fed Bar No. 13120
                        Her Attorney

1

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on January 12, 2004, to the following parties and counsel of record:

Antoria Howard
Assistant Attorney General
55 Elm Street
Hartford, CT 06106

_____
NORMAN A. PATTIS

2