UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN MERKLE | : |
| | : |
| VS. | : CASE NO. 3:02CV2241 (PCD) |
| | : |
| STATE OF CONNECTICUT | : |
| JUDICIAL BRANCH | : |

## ENDORSEMENT ORDER

Plaintiff's Motion for Return of Bond, document no. 33, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 19th day of February, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court